Dismissed and Opinion filed January 16, 2003









Dismissed and Opinion filed January 16, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00317-CR

____________

 

CHARLES
BRANDON WOODARD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 338th District Court

Harris
County, Texas

Trial
Court Cause No. 884,950

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court. 
See Tex. R. App. P.
42.2.  Because this Court has not
delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Opinion filed
January 16, 2003.

Panel consists of Justices Edelman, Seymore, and Guzman.

Do not publish ‑ Tex. R. App. P. 47.2(b).